374 A.2d 711

Commonwealth v. Smith, Appellant.

Argued April 13, 1977. Louis R. Dadowski, Appellate Counsel, with him Ralph J. Cappy, Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., absent.